

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00021-CV

SOUTH TEXAS INNOVATIONS, LLC
D/B/A STI, LLC, Appellant

§    On Appeal from the 211th District Court

§    of Denton County (17-5219-211)

V.

§    December 31, 2018

RISE RESIDENTIAL CONSTRUCTION,
LP, GCRE/TX MAIN MF, LLC, AND
LCAR PARK VIEW, LLC, Appellees

§    Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's order denying Appellant South Texas Innovations, LLC d/b/a STI, LLC's amended motion to withdraw the deemed admissions, reverse the trial court's judgment, and remand the case to the trial court for further proceedings.

We tax appellate costs jointly and severally against Appellees Rise Residential Construction, LP, GCRE/TX Main MF, LLC, and LCAR Park View, LLC.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr